CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-0910
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:20-cr-00347-EKL |
|    Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING ON JUNE 9, 2026, TO JUNE 16, 2026 |
|   v. | |
| DANIEL SUTEU, | |
|    Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant DANIEL SUTEU, that the supervised release violation (SRV) status hearing currently set for June 9, 2026, be continued to June 16, 2026.

On May 26, 2026, the defendant made his initial appearance in magistrate court on the pending Form 12 petition for warrant for person under supervision in the above-captioned case. The matter was also reassigned to the Honorable Judge Eumi K. Lee and set for a status hearing before Judge Lee on June 9, 2026.

Due to a prescheduled conflict for government counsel on June 9, 2026, the parties stipulate and request that the status hearing be continued until June 16, 2026 at 10:30.

The undersigned Assistant United States Attorney certifies that she has obtained approval from

counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 1, 2026                                    /s/
                                          ANNE C. HSIEH
                                          Assistant United States Attorney


DATED: June 1, 2026                                    /s/
                                          VARELL FULLER
                                          Counsel for Defendant DANIEL SUTEU

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court hereby orders that the status hearing on June 9, 2026, at 10:30 a.m. be continued to June 16, 2026, at 10:30 a.m.

IT IS SO ORDERED.


DATED: ___June 1, 2026___                    _____
                                          EUMI K. LEE
                                          United States District Judge